# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **ASHLEE MYERS,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-00343-SDJ |
| **SOLAIS LIGHTING, LLC,** | § § § | |
| *Defendant*. | § | |

## ORDER GRANTING DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS

Before the Court is Defendant Solais Lighting, LLC's Rule 12(b)(1) Motion to Dismiss and Brief in Support. After reviewing the Motion, any response by Plaintiff, and the other pleadings in the record, the Court finds that the Motion to Dismiss Plaintiff's Original Complaint should be **GRANTED** in its entirety. It is therefore

**ORDERED** that Plaintiff shall submit her claims against Defendant to binding arbitration before Judicial Arbitration and Mediation Services, Inc. as specified in her arbitration agreement. It is further

**ORDERED** that Plaintiff's Original Complaint is hereby dismissed without prejudice.

**SO ORDERED.**