UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ASHLEE MYERS | § |
| | § |
| v. | §   CIVIL CASE NO. 4:21-CV-343-SDJ |
| | § |
| SOLAIS LIGHTING, LLC | § |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 3, 2022, the Report of the Magistrate Judge, (Dkt. #12), was entered containing proposed findings of fact and recommendations that Defendant Solais Lighting, LLC's Rule 12(b)(1) Motion to Dismiss, (Dkt. #5), be granted, and that Plaintiff Ashlee Myers's claims be stayed in this Court pending arbitration.

Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant Solais Lighting, LLC's Rule 12(b)(1) Motion to Dismiss, (Dkt. #5), is granted.  Plaintiff Ashlee Myers's claims against Defendant Solais Lighting, LLC should be referred to arbitration and this suit **STAYED** pending the outcome of the arbitration.

- 2 -

It is further **ORDERED** that the Parties shall provide joint updates regarding the status of arbitration every 120 days, with the first report due *June 17, 2022*. The Parties shall further notify the Court within fifteen (15) days of the date of the conclusion of the arbitration proceedings.

**So ORDERED and SIGNED this 11th day of February, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE